Victor A. Sahn (CA Bar No. 97299)
  vsahn@sulmeyerlaw.com
David J. Richardson (CA Bar No. 168592)
  drichardson@sulmeyerlaw.com
Asa S. Hami (CA Bar No. 210728)
  ahami@sulmeyerlaw.com
**Sulmeyer**Kupetz
A Professional Corporation
333 South Hope Street, Thirty-Fifth Floor
Los Angeles, California 90071-1406
Telephone: 213.626.2311
Facsimile: 213.629.4520

Attorneys for Official Committee of Unsecured Creditors

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>ART AND ARCHITECTURE BOOKS OF THE 21st CENTURY, a California corporation,<br><br>      Debtor. | Case No. 2:13-bk-14135-RK<br><br>Chapter 11 |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE BANKRUPTCY ESTATE OF ART AND ARCHITECTURE BOOKS OF THE 21st CENTURY,<br><br>      Plaintiff,<br><br>    vs.<br><br>DOUGLAS JAMES CHRISMAS, an individual, and JENNIFER KELLEN, an individual,<br><br>      Defendants. | Adversary No. 2:15-ap-01680-RK<br><br>**STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**<br><br>[NO HEARING REQUIRED] |

The above-captioned plaintiff (the "Plaintiff"), and the above-captioned defendants (the "Defendants"), hereby stipulate and agree as follows:

### RECITALS

1. On February 19, 2013, the Debtor commenced its case under chapter 11 of the Bankruptcy Code.

2. On December 18, 2015, Plaintiff commenced this adversary proceeding by filing a complaint against the Defendants.

3. The Defendants' deadline to answer or otherwise respond to the complaint is currently January 28, 2016.

4. At the request of Defendants, Plaintiff has agreed to extend the deadline to March 1, 2016.

WHEREFORE, based upon the foregoing facts, the parties hereto hereby agree as follows:

A. The time for the Defendants to answer or otherwise respond to the complaint is extended to March 1, 2016.

DATED: January 28, 2016

SulmeyerKupetz
A Professional Corporation

By: _____
David J. Richardson
Attorneys for Plaintiff

DATED: January 28, 2016

DOUGLAS CHRISMAS

DATED: January 28, 2016

JENNIFER KELLEN

1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 333 South Hope Street, Thirty-Fifth Floor, Los Angeles, CA 90071-1406.

A true and correct copy of the foregoing document entitled (*specify*): **STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) January 29, 2016 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Asa S Hami on behalf of Plaintiff The Official Committee Of Unsecured Creditors - ahami@sulmeyerlaw.com, agonzalez@sulmeyerlaw.com;agonzalez@ecf.inforuptcy.com;ahami@ecf.inforuptcy.com
- Daniel A Lev on behalf of Plaintiff The Official Committee Of Unsecured Creditors - dlev@sulmeyerlaw.com, asokolowski@sulmeyerlaw.com; dlev@ecf.inforuptcy.com; dwalker@sulmeyerlaw.com
- David J Richardson on behalf of Plaintiff The Official Committee Of Unsecured Creditors - drichardson@sulmeyerlaw.com, drichardson@ecf.inforuptcy.com
- Victor A Sahn on behalf of Plaintiff The Official Committee Of Unsecured Creditors - vsahn@sulmeyerlaw.com, agonzalez@sulmeyerlaw.com, agonzalez@ecf.inforuptcy.com; asokolowski@sulmeyerlaw.com; vsahn@ecf.inforuptcy.com
- United States Trustee (LA) - ustpregion16.la.ecf@usdoj.gov
- Jessica Vogel on behalf of Plaintiff The Official Committee Of Unsecured Creditors - Jvogel@sulmeyerlaw.com, jvogel@ecf.inforuptcy.com; mviramontes@sulmeyerlaw.com

☐ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) January 29, 2016, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| **Defendant** | **Defendant** |
|---|---|
| Douglas Chrismas | Jennifer Kellen |
| 5514 Wilshire Blvd. | 16137 Sunset Blvd., Suite 303 |
| Los Angeles, CA 90036 | Pacific Palisades, CA 90272 |

☐ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) January 29, 2016, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

The Honorable Robert Kwan – VIA PERSONAL DELIVERY
U.S. Bankruptcy Court
Roybal Federal Building
255 E. Temple Street
Los Angeles, CA 90012 - Bin outside of Suite 1682

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 29, 2016 | Andrea Gonzalez | */s/ Andrea Gonzalez* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                    **F 9013-3.1.PROOF.SERVICE**