1  Victor A. Sahn (CA Bar No. 97299)
   vsahn@sulmeyerlaw.com
2  David J. Richardson (CA Bar No. 168592)
   drichardson@sulmeyerlaw.com
3  Asa S. Hami (CA Bar No. 210728)
   ahami@sulmeyerlaw.com
4  **Sulmeyer**Kupetz
   A Professional Corporation
5  333 South Hope Street, Thirty-Fifth Floor
   Los Angeles, California 90071-1406
6  Telephone: 213.626.2311
   Facsimile: 213.629.4520

Carolyn A. Dye (CA Bar No. 97527)
Law Offices of Carolyn A. Dye
3435 Wilshire Boulevard, Suite 990
Los Angeles, CA 90010
Telephone: 213-368-5000
Facsimile: 213-368-5009

Attorneys for Sam Leslie, Plan Agent

**FILED & ENTERED**

**APR 05 2018**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bakchell  DEPUTY CLERK

**CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

In re

ART AND ARCHITECTURE BOOKS OF THE 21st CENTURY, a California corporation,

    Debtor.

_____

SAM LESLIE, PLAN AGENT FOR ART & ARCHITECTURE BOOKS OF THE 20th CENTURY,

    Plaintiff,

    vs.

ACE GALLERY NEW YORK CORPORATION, a California corporation; ACE GALLERY NEW YORK, INC., a dissolved New York corporation; ACE MUSEUM, a California corporation; DOUGLAS CHRISMAS, an individual; JENNIFER KELLEN, an individual; SHIRLEY HOLST, an individual; 400 S. LA BREA, LLC, a California limited liability company,

    Defendants.

Case No. 2:13-bk-14135-RK

Chapter 11

Adv. No. 2:15-ap-01679-RK

Consolidated with Adv. No. 2:14-ap-01771-RK and Adv. No. 2:15-ap-01680-RK

**ORDER FOR DECONSOLIDATING ADVERSARY PROCEEDING NUMBER 2:15-ap-01680-RK FOR SEVERED CLAIMS AGAINST JENNIFER KELLEN**

**Hearing Date**
Date:   April 4, 2018
Time:   11:30 a.m.
Place:   U.S. Bankruptcy Court
         Courtroom 1675
         255 E. Temple St.
         Los Angeles, CA 90012

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9 | 400 S. La Brea, LLC, a California limited liability company,<br><br>          Cross-Complainant,<br><br>v.<br><br>ACE GALLERY NEW YORK CORPORATION, a California corporation; ACE GALLERY NEW YORK, INC., a dissolved New York corporation; ACE MUSEUM, a California corporation; DOUGLAS CHRISMAS, an individual; SAM LESLIE as TRUSTEE OF THE PLAN TRUST FOR ART & ARCHITECTURE BOOKS OF THE 21st CENTURY,<br><br>          Cross-Defendants. |

This Court having considered the "Stipulation to Sever Claims Against Jennifer Kellen" (the "Stipulation") [Dkt. No. 346] between Sam S. Leslie, Plan Agent (the "Plan Agent") for the post-confirmation chapter 11 estate of Art & Architecture Books of the 21st Century (the "Debtor"), and defendant Jennifer Kellen ("Kellen"), by and through their counsel of record, having entered the "Order Granting Stipulation to Sever Claims Against Jennifer Kellen" [Dkt. No. 348] (the "Severance Order") on April 3, 2018, and good cause appearing therefor, it is hereby ORDERED as follows, in furtherance of the Severance Order:

A.    Adversary Proceeding No. 2:15-ap-01680-RK (the "Kellen Adversary"), in which the Plan Agent's claims against Kellen were originally filed prior to consolidation of related adversary proceedings, shall be deconsolidated;

B.    The Plan Agent's claims against Kellen that were severed by entry of the Severance Order are transferred to the Kellen Adversary; and

///
///
///

DJR\ 2621150.1          2

1    C.    The Plan Agent is ordered to file copies of the pending Fourth Amended Consolidated Complaint that states the Plan Agent's claims against Kellen and her pleadings in response thereto (i.e., Stipulation to Apply Answer Filed by Defendant Jennifer Kellen to Fourth Amended Complaint and Answer to Third Amended Consolidated Complaint) on the docket in the Kellen Adversary.

###

Date: April 5, 2018

_____
Robert Kwan
United States Bankruptcy Judge